# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 168 MM 2017

              Respondent         : 

                  v.                 :

VINCENT C. MCGEE,             :

              Petitioner           :

## ORDER

**PER CURIAM**

      **AND NOW**, this 1st day of December, 2017, the Application for Relief is DENIED.